UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

EDWARD CROMER,

        Plaintiff,

v.

BRENT BRADLEY,

        Defendant.
_____/

**JUDGMENT IN A CIVIL CASE**

Case No. 2:09-CV-220

■ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

❑ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered for Defendant.

TRACEY CORDES
Clerk of Court

Dated: October 2, 2012        By  /s/ J. Tepper
                                                     Deputy Clerk